**Lawrence Michael HARRISON, Sr., Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee,**

and

**United States Department of Justice; Federal Bureau of Investigation; Internal Revenue Service; Federal Bureau of Prisons, Defendants.**

No. 01–8127.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Lawrence Michael Harrison, Sr., Appellant Pro Se. Fenita Morris Shepard, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lawrence Michael Harrison, Sr., appeals the district court's order denying his Fed. R.Civ.P. 60(b) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm. *See United States v. Harrison*, No. CR–99–513–BR (E.D.N.C. Nov. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*